**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

IN RE: Carla Gail Bush                                                                                       Case Number: 20-10256

**AMENDED**
**TRUSTEE'S REPORT AND**
**RECOMMENDATION AS TO CONFIRMATION**

Confirmation:  Recommended; however -

The time period within which creditors may file objections to confirmation pursuant to Fed. R. Bankr. P. 3015(f) or KYEB LBR 3015-3(a)(i) has not passed.

CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on 12/30/2020.

/s/   Beverly M. Burden
Beverly M. Burden, Trustee
P O Box 2204
Lexington, KY  40588-2204
(859) 233-1527
notices@ch13edky.com

THOMAS, ELIZABETH OPELL
Served VIA ECF